UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SMITH,<br><br>  Plaintiff<br><br>v.<br><br>DANIEL MURRAY,<br><br>  Defendant | Case No.: 2:23-cv-01726-APG-EJY<br><br>**Order Granting Unopposed Motion to Dismiss**<br><br>[ECF No. 7] |

The United States, on behalf of defendant Daniel Murray, moves to dismiss the complaint. ECF No. 7. Plaintiff Linda Smith did not respond, so I grant the motion as unopposed. LR 7-2(d). Smith also has not complied with two notices from the clerk of court to file a certificate of interested parties. ECF Nos. 5, 6. It appears that Smith has abandoned this case.

I THEREFORE ORDER that defendant Daniel Murray's motion to dismiss (ECF No. 7) is GRANTED. The complaint (ECF No. 1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 22nd day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE